THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO RODRIGUEZ, Appellant. [639 NYS2d 725]

The defendant's contentions regarding the prosecutor's summation at the trial under Indictment No. 1060/86 are, in part, unpreserved for appellate review and, in any event, all are without merit.

Because the trial court repeatedly recited that the People must prove the defendant's guilt beyond a reasonable doubt, the charge as a whole conveyed the proper standard of proof (*see, People v Taik Kwung,* 186 AD2d 365).

In view of our determination with respect to the defendant's judgment of conviction under Indictment No. 1060/86, upon a jury verdict, there is no basis for vacatur of his plea under Indictment No. 807/80 (*cf., People v Clark,* 45 NY2d 432). Mangano, P. J., Bracken, Copertino and Pizzuto, JJ., concur.